UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JAQUAN GREEN** | **CASE NO. 6:25-CV-01218** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **REESE BROWN ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 9] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, Defendants' MOTION TO DISMISS [Doc. 5] is GRANTED IN PART AND DENIED IN PART. Plaintiff's claims for punitive damages under federal law against Lafayette-City-Parish Consolidated Government and the Officers in their official capacities and all claims for punitive damages under state law are DISMISSED WITH PREJUDICE. The motion is denied to the extent Defendants seek to dismiss federal law claims for punitive and exemplary damages against the Officers individually.

THUS DONE AND SIGNED in Chambers on this 16th day of January, 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE